IN THE UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | |
|---|---|
| RACHEL WELTY, et al., | ) |
| | ) |
|     Plaintiffs - Appellees, | ) |
| | )   Case No. 24-5968 |
| v. | ) |
| | ) |
| BRYANT C. DUNAWAY, et al., | ) |
| | ) |
|     Defendants - Appellants. | ) |

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE APPELLANTS' OPENING BRIEF**

Defendants-Appellants respectfully request an extension of 30 days in which to file their opening brief in this matter. Their brief is currently due December 18, 2024.

Lead counsel for Defendants in this case also serves as counsel for the State of Tennessee defendants in *United States v. Skrmetti*, Case No. 23-477, in the United States Supreme Court and is assisting the Tennessee Solicitor General in his preparation for oral argument in that matter, which is set for December 4, 2024. Another of Defendants' counsel in this case, Mr. Cloutier, will be presenting oral argument the same day at the Tennessee Supreme Court in *State v. Washington*, No. W2022-01201-SC-R11-CD. The upcoming holidays will likewise cut into the time Defendants have to adequately prepare their opening brief. Accordingly, Defendants respectfully request that the Court extend their deadline for filing their opening brief by 30 days, up to and including **January 17, 2024**.

This is Defendants-Appellants' first request for an extension of time in this matter.

This extension request is made in good faith and not for any improper purpose, and it will not unfairly prejudice Plaintiffs.

1

The undersigned counsel has conferred with counsel for Plaintiffs-Appellees, who has no objection to this extension request.

Dated: November 19, 2024.  Respectfully submitted,

/s/ *Steven J. Griffin*
STEVEN J. GRIFFIN (BPR# 040708)
 Senior Counsel for Strategic Litigation
OFFICE OF TENNESSEE ATTORNEY GENERAL
P.O. Box 20207
Nashville, TN 37202
(615) 741-9598
Steven.Griffin@ag.tn.gov
Matt.Cloutier@ag.tn.gov
Donna.Green@ag.tn.gov

## CERTIFICATE OF SERVICE

I hereby certify that on November 19, 2024, a copy of the foregoing document was filed using the Court's electronic court-filing system, which sent notice of filing to the following counsel of record:

Daniel A. Horwitz
Melissa Dix
Sarah L. Martin
HORWITZ LAW, PLLC
4016 Westlawn Dr.
Nashville, TN 37209
(615) 739-2888
daniel@horwitz.law
melissa@horwitz.law
sarah@horwitz.com

*Counsel for Plaintiffs*

/s/ *Steven J. Griffin*
STEVEN J. GRIFFIN