No. 24-5968

_____

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**
_____

RACHEL WELTY et al.,

*Plaintiffs-Appellees*,

v.

BRYANT DUNAWAY et al.,

*Defendants-Appellants.*
_____

On Appeal from the United States District Court
for the Middle District of Tennessee, No. 3:24-cv-768
_____

| | |
|---|---|
| Daniel A. Horwitz | William Powell |
| Melissa Dix | INSTITUTE FOR CONSTITUTIONAL |
| Sarah L. Martin |    ADVOCACY & PROTECTION |
| HORWITZ LAW, PLLC | GEORGETOWN UNIVERSITY LAW |
| 4016 Westlawn Dr. |    CENTER |
| Nashville, TN 37209 | 600 New Jersey Avenue NW |
| (615) 739-2888 | Washington, DC 20001 |
| daniel@horwitz.law | (202) 661-6629 |
| melissa@horwitz.law | whp25@georgetown.edu |
| sarah@horwitz.law | |

*Counsel for Plaintiffs-Appellees*
_____

**APPELLEES' CONSENT MOTION FOR AN EXTENSION OF TIME
TO FILE THEIR RESPONSE BRIEF**
_____

Appellees respectfully file this motion, pursuant to Fed. R. App. P. 26(b) and 6th Cir. R. 26(a), for an extension of time of 45 days in which to file their response brief in this case. The brief is currently due on February 18, 2025. If the Court grants Appellees' motion, the brief would be due on April 4, 2025.

This motion is supported by good cause based on the following:

1. This appeal was filed on October 18, 2024. Appellants filed their opening brief on January 17, 2025.

2. Appellees recently retained the Institute for Constitutional Advocacy and Protection as counsel for this appeal. A 45-day extension is necessary for Appellees' new counsel to bring themselves up to speed on this case and to prepare the response brief.

3. The extension is also necessary due to the press of other litigation deadlines faced by Appellees' new counsel, including presenting oral argument before the Sixth Circuit in *Ermold v. Davis*, No. 24-5524, on January 30, 2025. Appellees' new counsel also has a preliminary injunction hearing in the District of Maryland on February 5, 2025, in *CASA, Inc. v. Trump*, No. 8:25-cv-201, and will be presenting oral argument in the Texas Fifteenth Court of Appeals on February 12, 2025, in *In re Office of the Attorney General of the State of Texas*, No. 15-24-00091-CV.

4. Appellees have not previously sought any extensions of time for filing their response brief.

5. Appellants' counsel has conveyed that Appellants have no objection to the requested 45-day extension.

Respectfully submitted this 28th day of January, 2025.

/s/ *William Powell*
William Powell
INSTITUTE FOR CONSTITUTIONAL
   ADVOCACY AND PROTECTION
GEORGETOWN UNIVERSITY LAW
   CENTER
600 New Jersey Ave. NW
Washington, DC 20001
(202) 661-6629
whp25@georgetown.edu

*Counsel for Plaintiffs-Appellees*

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Sixth Circuit using the appellate CM/ECF system on January 28, 2025. Listed counsel in this appeal are registered CM/ECF users who will be served by the appellate CM/ECF system.

Dated: January 28, 2025

*/s/ William Powell*
William Powell