STATE OF TENNESSEE

# Office of the Attorney General



**JONATHAN SKRMETTI**
ATTORNEY GENERAL AND REPORTER

P.O. BOX 20207, NASHVILLE, TN 37202
TELEPHONE (615)741-3491
FACSIMILE (615)741-2009

July 14, 2025

Deborah S. Hunt, Clerk
United States Court of Appeals for the Sixth Circuit
540 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, Ohio 45202-3988

**Re:** *Rachel Welty, et al. v. Bryant Dunaway, et al.*
Case No. 24-5968

Dear Ms. Hunt:

Defendants-Appellants respectfully submit this Rule 28(j) letter to highlight a recent U.S. Supreme Court decision that supports their position.

In *Trump v. CASA, Inc.*, the Court held that "universal injunctions" exceed the bounds of the federal judicial power. 606 U.S. ---, 2025 WL 1773631, at *7-8 (June 27, 2025). The Court reiterated that "neither declaratory nor injunctive relief . . . can directly interfere with enforcement of contested statutes or ordinances except with respect to the particular federal plaintiffs." *Id*. at *7 (citing *Doran v. Salem Inn, Inc.*, 422 U.S. 922, 931 (1975)). The Court's reliance on *Doran*, a First Amendment overbreadth case, only further confirms that any declaratory or injunctive relief granted in this case can extend no further than to the listed plaintiffs. *See* Opening-Br. 67 (citing *Doran*); Reply-Br. 33 (same). The district court's failure to limit preliminary relief to the parties thus warrants reversal. *See* Opening-Br. 65-69; Reply-Br. 32-34.

1

Respectfully submitted,

/s/ *Steven J. Griffin*
Steven J. Griffin
*Senior Counsel for Strategic Litigation*
Office of the Tennessee Attorney General
P.O. Box 20207
Nashville, TN 37202
(615) 741-9598
steven.griffin@ag.tn.gov

# CERTIFICATE OF SERVICE

I, Steven J. Griffin, counsel for Defendants-Appellants and a member of the Bar of this Court, certify that, on July 14, 2025, a copy of the foregoing Rule 28(j) letter was filed electronically through the appellate CM/ECF system with the Clerk of the Court. I further certify that all parties required to be served have been served.

/s/ *Steven J. Griffin*
Steven J. Griffin
*Senior Counsel for Strategic Litigation*