*Institute for*
**Constitutional Advocacy and Protection**

GEORGETOWN LAW

Hon. Kelly L. Stephens                                             July 15, 2025
Clerk of the Court
United States Court of Appeals for the Sixth Circuit
540 Potter Stewart U.S. Courthouse
100 E. Fifth Street
Cincinnati, Ohio 45202-3988

Re: *Welty v. Dunaway*, No. 24-5968

Dear Ms. Stephens:

Plaintiffs-Appellees respectfully respond to Defendants-Appellants' letter regarding
the Supreme Court's recent decision in *Trump v. CASA, Inc.*, No. 24A884, 2025 WL
1773631 (U.S. June 27, 2025).

Although the Supreme Court in *CASA* held that universal injunctions "likely exceed
the equitable authority that Congress has granted the federal courts" under the
Judiciary Act of 1789, *id.* at *4, the Court also recognized that courts may still issue
broad remedies when necessary to provide the plaintiffs "complete relief," a principle
that has "deep roots in equity," *id.* at *11. As Plaintiffs previously explained, the
district court in this case "crafted its injunction to provide complete relief to Plaintiffs
by remedying the recruitment provision's chilling effects and protecting 'the free flow
of information.'" Pls.' Br. 52 (quoting Mem., R.40, PageID #585). In addition,
nothing in *CASA* displaced the rule, which the Supreme Court recently reaffirmed,
that in a First Amendment overbreadth case, "even a law with 'a plainly legitimate
sweep' may be struck down in its entirety," in order to "provide breathing room for
free expression." *Moody v. NetChoice, LLC*, 603 U.S. 707, 723 (2024) (internal quotation
marks and alterations omitted).

Respectfully submitted,

*/s/ William Powell*
William Powell
*Counsel for Appellees*

CC:    All counsel of record (via CM/ECF)

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing letter complies with the word limit in Federal Rule of Appellate Procedure 28(j) because it contains 187 words.

*/s/ William Powell*
William Powell

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of July 2025, this letter was filed electronically. Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ William Powell*
William Powell