STATE OF TENNESSEE

# Office of the Attorney General



**JONATHAN SKRMETTI**
ATTORNEY GENERAL AND REPORTER

P.O. BOX 20207, NASHVILLE, TN 37202
TELEPHONE (615)741-3491
FACSIMILE (615)741-2009

July 18, 2025

Kelly L. Stephens, Clerk
U.S. Court of Appeals for the Sixth Circuit
Potter Stewart U.S. Courthouse
100 East Fifth Street, Room 540
Cincinnati, Ohio 45202-3988

**Re:** *Rachel Welty, et al. v. Bryant Dunaway, et al.*
**Case No. 24-5968**

Dear Ms. Stephens:

The State of Tennessee writes to inform the assigned panel of a memorandum opinion and order issued in this matter today by the U.S. District Court for the Middle District of Tennessee. *See* Mem. Op. & Order, Exhibit 1. In the present appeal, Defendants-Appellants seek review of the district court's grant of preliminary injunctive relief. Today, the district court issued an opinion and order that grants in part and denies in part the parties cross-motions for summary judgment. Ex. 1 at 31.

The entry of final judgment moots this appeal from the district court's preliminary injunction order. As this Court has held, a "case may become moot on appeal if an intervening event makes it impossible for a court of appeals to grant any effectual relief in favor of the appellant." *Adams v. Baker*, 951 F.3d 428, 429 (6th Cir. 2020) (per curiam)(cleaned up). Because "[t]he point of a preliminary injunction is to maintain 'the status quo' until the resolution of the case 'on its merits,'" a "final decision on the merits . . . 'extinguishes a preliminary injunction.'" *Id.* (quoting *Burniac v. Wells Fargo Bank, N.A.*, 810 F.3d 429, 435 (6th Cir. 2016)). That means the summary judgment decision by the district court "renders this interlocutory appeal moot." *Tennessee v. McMahon*, 2025 WL 848197, at *1 (6th Cir. Mar. 18, 2025); *see Adams*, 951 F.3d at 429 (same).

This appeal should therefore be dismissed as moot.

Respectfully submitted,

/s/ *Steven J. Griffin*
Steven J. Griffin
*Senior Counsel for Strategic Litigation*
Office of the Tennessee Attorney General
P.O. Box 20207
Nashville, TN 37202
(615) 741-9598
steven.griffin@ag.tn.gov

# CERTIFICATE OF SERVICE

I, Steven J. Griffin, counsel for Defendants-Appellants and a member of the Bar of this Court, certify that, on July 18, 2025, a copy of the foregoing Rule 28(j) letter was filed electronically through the appellate CM/ECF system with the Clerk of the Court. I further certify that all parties required to be served have been served.

*/s/ Steven J. Griffin*
Steven J. Griffin
*Senior Counsel for Strategic Litigation*